NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1415


STATE OF LOUISIANA

VERSUS

DANIEL VALLERE


************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-K-1658-B,
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Jimmie C. Peters, and Marc T. Amy, Judges.


CONVICTION AFFIRMED; SENTENCE VACATED AND CASE
REMANDED FOR RESENTENCING.


Earl B. Taylor
District Attorney
Alisa Ardoin Gothreaux
Assistant District Attorney
Post Office Drawer 1968
Opelousas, LA 70571
(337) 948-0551
COUNSEL FOR:
        State of Louisiana

Sherry Watters
Louisiana Appellate Project

**Post Office Box 58769**
**New Orleans, LA  70158**
**(504) 723-0284**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Daniel Vallere**